# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154462(66)

LARRY ELVIN,
　　　　　Plaintiff-Appellee,

v

KARL GUBERT, DVM,
　　　　　Defendant-Appellant.

SC: 154462
COA: 326563; 326566
Lapeer CC: 11-044707-NM

_____/

　　　　On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on November 15, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk